IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY H. SCHIFF and MARK FISHER, | § § § § § | |
| Plaintiffs, | | |
| v. | § § § | Case No. 3:21-cv-01109-M |
| JAMES WARD, JR. and EDWIN E. CASTILLO, | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated December 19, 2022. The Court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

**SO ORDERED,** this 6th day of February, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1